**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN B. SMITH, JR., | ) NO. CV 09-8421-VAP (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| CORRECTIONS CORPORATION OF AMERICA, et al., | ) |
| Respondents. | ) |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: November 24, 2009     .

                                        _____
                                             VIRGINIA A. PHILLIPS
                                        UNITED STATES DISTRICT JUDGE